

FILED

FEB 27 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
     DEPUTY CLERK

1  BENJAMIN B. WAGNER
   United States Attorney
2  JUSTIN L. LEE
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR SEARCH WARRANTS CONCERNING: <br><br> 8524 Florin Road, <br> 2004 Michigan Boulevard, <br> 3541 Sun Maiden Way, <br> 910 Striker Avenue, Suite B, <br> 950 Riverside Parkway, Suite 70, <br> 23526 Rosewood Road, <br> 1900 Danbrook Drive, Unit #1611, <br> 28 W. Main Street, <br> 1240 Stags Leap Road, <br> 5542 E. Kings Canyon Road, <br> 1515 N. Willow Avenue | 2:13-SW-0654-CKD <br> 2:13-SW-0655-CKD <br> 2:13-SW-0656-CKD <br> 2:13-SW-0657-CKD <br> 2:13-SW-0658-CKD <br> 2:13-SW-0659-CKD <br> 2:13-SW-0660-CKD <br> 2:13-SW-0661-CKD <br> 2:13-SW-0662-CKD <br> 2:13-SW-0663-CKD <br> 2:13-SW-0664-CKD <br><br> ORDER RE: REQUEST TO UNSEAL SEARCH WARRANTS AND SEARCH WARRANT AFFIDAVITS |
|---|---|

Upon application of the United States of America and good cause having been shown,

**IT IS HEREBY ORDERED** that the files in the above-captioned matters be, and are, hereby ordered unsealed.

DATED: February 27, 2014

_____
Hon. ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE